## NORTH STAR ALASKA HOUSING CORPORATION, Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee.

### No. 2009–5054.

United States Court of Appeals, Federal Circuit.

Dec. 15, 2009.

Rehearing and Rehearing En Banc Denied March 22, 2010.

Paul W. Killian, Akin Gump Strauss Hauer & Feld LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Mark J. Groff.

Timothy P. McIlmail, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director.

Before LOURIE, LINN, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.